HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
STEVEN TYLER SHAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN TYLER SHAY, <br><br> Defendant. | Case No. 2:23-cr-00240-DJC <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: February 15, 2024 <br> Time: 9:00 a.m. <br> Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Steven Tyler Shay that the status conference, currently scheduled for February 15, 2024, be continued to **April 25, 2024 at 9:00 a.m**.

Defense counsel needs more time to review discovery and discuss it with her client. The discovery includes thousands of pages of reports as well as multimedia files. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 25, 2024; pursuant to 18 U.S.C. §3161

(h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation and continuity of counsel.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 6, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
STEVEN TYLER SHAY

Dated: February 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 25, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 15, 2024 status conference shall be continued until **April 25, 2024, at 9:00 a.m.**

Dated:  February 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE