HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
STEVEN TYLER SHAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00240-DJC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: April 25, 2024 |
| STEVEN TYLER SHAY | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Daniel J Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams, through Assistant Federal Defender Mia Crager, attorney for Steven Shay, that the status conference, currently scheduled for April 25, 2024, be continued to July 18, 2024 at 9:00 a.m.

Defense anticipates filing a motion to suppress evidence; however, she needs to do further investigation and legal research. Defense counsel is starting a trial in mid-May that is scheduled to last 3 weeks. Defense counsel also needs time to review electronic evidence offsite that reportedly contains CSAM and child pornography.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 18, 2024; pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code A and T4 based upon time to complete an examination and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 17, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
STEVEN SHAY

Dated:  April 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, considering the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 18, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code A and T4). It is further ordered the April 25, 2024 status conference shall be continued until July 18, 2024, at 9:00 a.m.

Dated:  April 17, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE