HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
STEVEN TYLER SHAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00240-DJC |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| STEVEN TYLER SHAY, | ) ) ) | |
| Defendant. | ) ) ) | Date: December 12, 2024 Time:  9:00 a.m. Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney Roger Yang, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Steven Tyler Shay that the status conference, currently scheduled for December 12, 2024, be

continued to January 9, 2025 at 9:00 a.m.

Defense counsel will seek shortly to substitute a CJA panel attorney into this case.  The

new attorney will need time to get up to speed on the discovery, review the Federal Defender's

file, and conduct an investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including January 9, 2025;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense

preparation.

-1-

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                                            Respectfully submitted,

4    Dated: December 5, 2024               HEATHER E. WILLIAMS
                                            Federal Defender
5
                                            /s/ Mia Crager
6                                           MIA CRAGER
                                            Assistant Federal Defender
7                                           Attorney for Defendant
                                            STEVEN TYLER SHAY
8

9    Dated: December 5, 2024

10                                          PHILLIP A. TALBERT
                                            United States Attorney
11
                                            /s/ Roger Yang
                                            ROGER YANG
12                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including

9  January 9, 2025, shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) and General Order 479, (Local Code T4). It is further ordered the December 12, 2024

12  status conference shall be continued until January 9, 2025, at 9:00 a.m.

13

14  Dated:  December 6, 2024                    /s/ Daniel J. Calabretta

15                                              THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28