Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Steven Tyler Shay

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN TYLER SHAY,<br><br>　　　　Defendant. | Case No. 2:23-cr-00240-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

　　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Roger Yang, and Defendant Steven Tyler Shay, through his attorney Daniel Olmos, that the status hearing in this matter be continued from January 9, 2025, to February 13, 2025. Pursuant to General Order 686, the United States District Court for the Eastern District of California will be closed on January 9, 2025, in observance of the National Day of Mourning in Honor of President James Earl Carter, Jr. In addition, undersigned defense counsel was just recently appointed to represent Mr. Shay and needs additional time to prepare his client's defense. *See* Docket No. 25.

　　　　The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between January 9, 2025, to and including the February 13, 2025,

status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense.

For the foregoing reasons, the parties stipulate to continue the status conference to February 13, 2025, at 9:00 a.m.

IT IS SO STIPULATED:

Dated: January 7, 2025                    NOLAN BARTON OLMOS & LUCIANO, LLP


                                           */s/ Daniel B. Olmos*
                                          Daniel B. Olmos
                                          Attorney for Defendant Steven Tyler Shay


Dated: January 7, 2025                    PHILLIP A. TALBERT

                                          United States Attorney

                                          By:   */s/ Roger Yang*
                                          Roger Yang
                                          Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN TYLER SHAY,<br><br>　　　　　　Defendant. | Case No. 2:23-cr-00240-DJC<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Steven Tyler Shay be continued to February 13, 2025, at 9:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between January 9, 2025, to and including the February 13, 2025, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:  January 7, 2025　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE