# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN TYLER SHAY,<br>　　　　Defendant. | Case No. 2:23-cr-00240-DJC<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Steven Tyler Shay be continued to April 24, 2025, at 9:00 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between February 13, 2025, to and including the April 24, 2025, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:  February 5, 2025　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE