Daniel B. Olmos (CA SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA 95616
(t) 650-326-2980
(f) 650-326-9704
(e) dolmos@nbo.law

Attorney for Defendant
Steven Tyler Shay

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                  Plaintiff,<br><br>     vs.<br><br>STEVEN TYLER SHAY,<br><br>                  Defendant. | Case No. 2:23-cr-00240-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Roger Yang, and Defendant Steven Tyler Shay, through his attorney Daniel Olmos, that the status hearing in this matter be continued from July 10, 2025, to September 18, 2025. Undersigned defense counsel anticipates the production of additional discovery and will need time to review the voluminous discovery in this matter and to prepare his client's defense.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between July 10, 2025, to and including the September 18, 2025, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense.

For the foregoing reasons, the parties stipulate to continue the status conference to September 18, 2025, at 9:00 a.m.

IT IS SO STIPULATED:

Dated: July 7, 2025  NOLAN BARTON OLMOS & LUCIANO LLP

*/s/ Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Steven Tyler Shay

Dated: July 7, 2025  MICHELE BECKWITH

Acting United States Attorney

By:  */s/ Roger Yang*
Roger Yang
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN TYLER SHAY,<br><br>　　　　　　Defendant. | Case No. 2:23-cr-00240-DJC<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Steven Tyler Shay be continued to September 18, 2025, at 9:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between July 10, 2025, to and including the September 18, 2025, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:  July 7, 2025　　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE